UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRYAN ROBLEDO,

        Plaintiff,

_____/

Case Number: CV07-04024 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bryan Robledo
Pelican Bay State Prison
Prisoner Id J-50205
P.O. Box 7500
D3-218
Crescent City, CA 95532

Dated: September 21, 2007

                                    Richard W. Wieking, Clerk
                                    By: Barbara Espinoza, Deputy Clerk